UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 09 2005

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| THOMAS LLOYD-BUTLER; et al.,<br><br>Plaintiffs - Appellants,<br><br>v.<br><br>MARY WORRAL ASSOCIATES INC., a Hawaii Corporation; et al.,<br><br>Defendants - Appellees. | No. 05-16544<br><br>D.C. No. CV-03-00423-BMK<br>District of Hawaii, Honolulu<br><br>ORDER |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 1 5 2005

at 2 o'clock and 10 min. PM
SUE BEITIA, CLERK

Pursuant to the stipulation of the parties, this appeal is voluntarily dismissed with prejudice. Fed. R. App. P. 42(b). Costs shall be allocated pursuant to the parties' stipulation.

A certified copy of this order sent to the district court shall act as and for the mandate of this court.

For the Court:
CATHY A. CATTERSON
Clerk of the Court

*Teresa A. Haugen*
Teresa A. Haugen, Deputy Clerk
9th Cir. R. 27-7/Advisory Note to R. 27
and 9th Cir. R. 27-10

promo 12.5

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

DEC 09 2005

by: Deputy Clerk

```
INTERNAL USE ONLY: Proceedings include all events.
05-16544 Lloyd-Butler, et al v. Mary Worral Assoc., et al
```

| | |
|---|---|
| THOMAS LLOYD-BUTLER<br>    Plaintiff - Appellant | David J McMahon, Esq<br>415/434-2800<br>9th Floor<br>[COR LD NTC ret]<br>BARGER & WOLEN LLP<br>650 California Street<br>San Francisco, CA 94108-2713<br><br>James H. Hershey, Esq.<br>808/533-4300<br>Suite 1200<br>[COR LD NTC ret]<br>FUKUNAGA, MATAYOSHI, HERSHEY &<br>CHING<br>841 Bishop Street<br>Honolulu, HI 96813-3908 |
| DIANE LLOYD-BUTLER<br>    Plaintiff - Appellant | Marc Samuel Mazer, Esq.<br>FAX 415/421-2355<br>415/421-0730<br>Ste. 760<br>[COR LD NTC ret]<br>BENJAMIN WEILL & MAZER<br>235 Montgomery St.<br>San Francisco, CA 94104<br><br>Michele-Lynn E. Luke, Esq.<br>808-536-0802<br>Suite 2700<br>[COR LD NTC ret]<br>RICHARDS & LUKE<br>Pauahi Tower<br>1001 Bishop St.<br>Honolulu, HI 96813 |

   v.

| | |
|---|---|
| MARY WORRAL ASSOCIATES INC., a<br>Hawaii Corporation<br>    Defendant - Appellee | Arthur H. Kuwahara<br>808-536-4421<br>Suite 700<br>[COR LD NTC ret]<br>KIM YEE & KUWAHARA<br>345 Queen St.<br>Honolulu, HI 96813 |
| MARY WORRALL, individually<br>    Defendant - Appellee | Arthur H. Kuwahara<br>(See above)<br>[COR LD NTC ret]<br><br>Robert F. Miller, Esq.<br>808-521-3356<br>Suite 500<br>[COR LD NTC ret] |

```
INTERNAL USE ONLY: Proceedings include all events.
05-16544 Lloyd-Butler, et al v. Mary Worral Assoc., et al
                         LAW OFFICES
                         735 Bishop St.
                         Honolulu, HI 96813
```

------------------------------------------------------

USDC, Hawaii
District of Hawaii (Honolulu)
United States Courthouse
P.O. Box 50129
Honolulu, HI 96850

------------------------------------------------------

crw
05-16544