# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date: January 31, 2007

To: United States Court of Appeals    Attn: (x)    Civil
      For the Ninth Circuit
      Office of the Clerk                ( )    Criminal
      95 Seventh Street
      San Francisco, California 94103    ( )    Judge

From: United States District Court
        300 Ala Moana Blvd. Room C-338
        Honolulu, Hawaii 96813

DC No:      CV 03-00423BMK      Appeal No:    05-15415

Short Title:    Lloyd-Bulter v. Mary Worral Assoc.

| | | |
|---|---|---|
| Clerk's Files in | 4 | volumes (✓) original  ( ) certified copy |
| Bulky docs | | volumes (folders)  docket # |
| Reporter's Transcripts | 2 | volumes (✓) original  ( ) certified copy |
| Exhibits | | volumes ( ) under seal |
| | | boxes ( ) under seal |

Other:
-certified copy of docket sheet
-sealed document nos:

Acknowledgment: _____ Date: _____

cc: all parties of record