MORAGA v. HYATT
i

INTERNAL USE ONLY: Proceedings include all events.
05-15415 Lloyd-Butler, et al v. Mary Worral Assoc., et al

| | |
|---|---|
| THOMAS LLOYD-BUTLER<br>    Plaintiff - Appellant | Marc S. Mazer, Esq.<br>415/421-0730<br>Ste. 760<br>[COR LD NTC ret]<br>BENJAMIN WEILL & MAZER<br>235 Montgomery St.<br>San Francisco, CA 94104<br><br>David J McMahon, Esq<br>415/434-2800<br>9th Floor<br>[COR LD NTC ret]<br>BARGER & WOLEN LLP<br>650 California Street<br>San Francisco, CA 94108-2713 |
| DIANE LLOYD-BUTLER<br>    Plaintiff - Appellant | Andrew J. Weill, Esq.<br>FAX 415/421-2355<br>415/421-0730<br>Ste. 760<br>[COR LD NTC ret]<br>Marc S. Mazer, Esq.<br>(See above)<br>[COR LD NTC ret]<br>BENJAMIN WEILL & MAZER<br>235 Montgomery St.<br>San Francisco, CA 94104<br><br>Michele-Lynn E. Luke, Esq.<br>808-536-0802<br>Suite 2700<br>[COR LD NTC ret]<br>RICHARDS & LUKE<br>Pauahi Tower<br>1001 Bishop St.<br>Honolulu, HI 96813 |

v.

| | |
|---|---|
| MARY WORRAL ASSOCIATES, INC.,<br>a Hawaii corporation<br>    Defendant - Appellee | Eric T.W. Kim, Esq.<br>808-536-4421<br>Suite 700<br>[COR LD NTC ret]<br>Arthur H. Kuwahara<br>808-536-4421<br>Suite 700<br>[COR ret]<br>KIM YEE & KUWAHARA<br>345 Queen St.<br>Honolulu, HI 96813 |
| MARY WORRALL, individually<br>    Defendant - Appellee | Eric T.W. Kim, Esq.<br>(See above) |

Docket as of February 23, 2007 10:00 am                Page 2    NON-PUBLIC

MORAGNE-VAN HYATT
i

INTERNAL USE ONLY: Proceedings include all events.
05-15415 Lloyd-Butler, et al v. Mary Worral Assoc., et al

```
                                    [COR LD NTC ret]
                                    Arthur H. Kuwahara
                                    (See above)
                                    [COR ret]

                                    Robert F. Miller, Esq.
                                    808-521-3356
                                    Suite 500
                                    [COR LD NTC ret]
                                    LAW OFFICES
                                    735 Bishop St.
                                    Honolulu, HI 96813
```