

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
300 ALA MOANA BLVD., C-338
HONOLULU, HAWAII 96850-0338

CLERK
OFFICIAL BUSINESS

CV 03-423

MILL735  96813200G 1406 01 04/01/07
FORWARD TIME EXP RTN TO SEND
ROBERT F MILLER ESQ
841 BISHOP ST #2000
HONOLULU HI 96813-3908

RETURN TO SENDER

RECEIVED
CLERK, U.S. DISTRICT COURT
APR 02 2007
1:30pm
DISTRICT OF HAWAII

Robert F. Miller
Dillingham Transportation Bldg
735 Bishop St PH 500
Honolulu, HI 96813

CV 03-423