UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| THOMAS LLOYD-BUTLER; et al., | No. 05-15415 |
|---|---|
| Plaintiffs - Appellants, | D.C. No. CV-03-00423-BMK |
| v. | |
| MARY WORRAL ASSOCIATES, INC., a Hawaii corporation; et al., | **JUDGMENT** |
| Defendants - Appellees. | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
MAR 23 2007
at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

Appeal from the United States District Court for the District of Hawaii (Honolulu).

This cause came on to be heard on the Transcript of the Record from the United States District Court for the District of Hawaii (Honolulu) and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **REVERSED, REMANDED**.

Filed and entered 02/26/07

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

MAR 20 2007

by: _____
Deputy Clerk