

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
300 ALA MOANA BLVD., C-338
HONOLULU, HAWAII 96850-0338

CLERK

OFFICIAL BUSINESS

CV 03-423

RECEIVED
CLERK U.S DISTRICT COURT
APR 0 4 2007
11:30am
DISTRICT OF HAWAII

PRESORTED
FIRST CLASS

$00.371
MAR 29 2007
MAILED FROM ZIP CODE 96817

Robert F. Miller
Dillingham Transportation Bldg
735 Bishop St PH 500
Hono

MILL735  96813016 1406  10 04/02/07
FORWARD TIME EXP RTN TO SEND
ROBERT F MILLER ESQ
841 BISHOP ST #2000
HONOLULU HI 96813-3908

RETURN TO SENDER

```
MIME-Version:1.0
From:hid_resp@hid.uscourts.gov
To:hawaii_cmecf@hid.uscourts.gov
Bcc:jhh@fmhc-law.com, michele@richardsandluke.com,
hollywood@richardsandluke.com, m-luke@hawaii.rr.com, tk@hid.uscourts.gov
Message-Id:<253978@hid.uscourts.gov>
Subject:Activity in Case 1:03-cv-00423-BMK-BMK Lloyd-Butler, et al v. Mary
Worrall Associa, et al Set Hearings
Content-Type: text/html
```

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## U.S. District Court

### District of Hawaii - CM/ECF V3.04 (3/07)

### Notice of Electronic Filing

The following transaction was entered on 3/28/2007 at 9:41 AM HST and filed on 3/28/2007
**Case Name:**       Lloyd-Butler, et al v. Mary Worrall Associa, et al
**Case Number:**     1:03-cv-423
**Filer:**
**Document Number:** 115(No document attached)

**Docket Text:**
EO: Rescheduling Conference Purs to 9th CCA Judgment is set for 5/3/2007 at 09:00 AM before JUDGE BARRY M. KURREN. (Judge BARRY M. KURREN)(rwy)


**1:03-cv-423 Notice has been electronically mailed to:**
James H. Hershey jhh@fmhc-law.com
Michele-Lynn E. Luke michele@richardsandluke.com, hollywood@richardsandluke.com, m-luke@hawaii.rr.com

**1:03-cv-423 Notice will not be electronically mailed to:**

Eric T.W. Kim
Lee Kim Wong Yee & Lau
345 Queen St Ste 700
Honolulu, Hi 96813

Arthur H. Kuwahara
Lee Kim Wong Yee & Lau
345 Queen St Ste 700
Honolulu, Hi 96813

Marc S. Mazer
Benjamin Weill & Mazer A Profession Corporation

235 Montgomery St Ste 760
San Francisco, CA 94104

David J McMahon
Barger & Wolen LLP
650 California St 9th Flr
San Francisco, CA 94108

Robert F. Miller
Dillingham Transportation Bldg
735 Bishop St PH 500
Honolulu, HI 96813