ORIGINAL

Marc S. Mazer, Esq. (Admitted Pro Hoc Vice)
Benjamin, Weill & Mazer
235 Montgomery Street
San Francisco, CA 94104
Telephone: 415 421 0730
Fax: 415 421 2355
Email: mazer@bwmlaw.com

Michele-Lynn E. Luke    5332-0
Richards & Luke
Honolulu, Hawaii 96813
Telephone:    (808) 536-0802
Facsimile:    (808) 536-5117
e-mail: michele@richardsandluke.com

Attorneys for Plaintiff
Diane Llloyd-Butler


David J. McMahon    4177-0
BARGER & WOLEN LLP
650 California Street, 9th Floor
San Francisco, California 94108
Telephone: (415) 434-2800
Facsimile:    (415) 434-2533
e-mail: dmcmahon@barwol.com

Attorney for Plaintiff
THOMAS LLOYD-BUTLER

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 25 2007

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| THOMAS LLOYD-BUTLER and DIANE LLOYD-BUTLER,<br><br>    Plaintiffs,<br><br>vs.<br><br>MARY WORRALL ASSOCIATES, INC., a Hawaii Corporation and MARY WORRALL, individually,<br><br>    Defendants. | Civil No. CV 03-000423 SOM/BMK<br><br>**PLAINTIFFS' REPORT OF PARTIES' PLANNING MEETING; CERTIFICATE OF SERVICE**<br><br>Magistrate Judge Barry M. Kurren<br><br>Time: 9:00 a.m.<br>Date: May 3, 2007 |

## PLAINTIFFS' REPORT OF PARTIES' PLANNING MEETING

This Report of the Parties' Planning Meeting is submitted to the Court pursuant to Federal Rules of Civil Procedure, Rule 26(f) and Local Rules 16.2 and 26.1.

Per Order of the Ninth Circuit Court of Appeals dated February 26, 2007, that Court granted Plaintiffs' Motion for Summary Judgment (as to liability only) and denied Defendants' Motion for Summary Judgment. The action has been remanded to this Court for trial on the issue of damages only.

By this Statement, the Parties request that the Court amend its prior Amended Rule 16 Scheduling Order, dated June 9, 2004.

Pursuant to Federal Rules of Civil Procedure, Rule 26(f), a telephonic meeting was held on April 19, 2007 between counsel for all parties to this action. Pursuant to that telephonic meeting and the agreements reached by counsel, the Parties hereby request the following:

1. **Jury Trial/Trial Date.** The parties agree that trial of this matter shall be by jury, and jointly request that trial of this matter be set no earlier than December, 2007 or January, 2008. Defendant's counsel has a trial scheduled for early December, 2007 but agreed that if that trial is continued, he would be available for trial at that time. Otherwise, all parties agree that the trial may proceed in January, 2008. The estimated time for trial on the issue of damages is 5 days.
2. **Discovery Cut-Off.**
    a. The Parties request that the cut off of all non-expert discovery be set no earlier than August 31, 2007.

b. To the extent that expert discovery is required, the Parties request that the cut off for all expert discovery be set no earlier than September 30, 2007.

3. **Motions.** The parties do not anticipate any further dispositive motions, other than Motions in Limine which may impact substantive issues in the trial. The parties jointly propose that all motions in limine be filed no later than October 1, 2007, and that they be heard by November 1, 2007, so that the parties may limit preparation for trial to the extent that motions limit the scope of evidence in the trial.

4. **Settlement Efforts**: The parties agree that at this time no further formal settlement efforts would be helpful in resolving this matter. The parties have previously participated in two formal mediations in Hawaii.

Respectfully submitted,

DATED: Honolulu, Hawaii, April 25, 2007.

_____
David J. McMahon
Marc S. Mazer
Michele-Lynn E. Luke
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was duly served upon the following at their last known address by the following means upon its filing to:

|  | U.S. Mail | Hand delivery |
|---|---|---|
| ERIC T. W. KIM, ESQ.<br>ARTHUR H. KUWAHARA, ESQ.<br>Kim, Yee & Kuwahara<br>345 Queen Street, Suite 700<br>Honolulu, Hawaii 96813<br>   Attorneys for Defendant<br>   MARY WORRAL ASSOCIATES, INC. and<br>   MARY WORRALL | X |  |
| ROBERT F. MILLER, ESQ.<br>735 Bishop Street, Suite 500<br>Honolulu, Hawaii 96813<br>   Attorney for Defendant<br>   MARY WORRALL | X |  |

DATED: Honolulu, Hawaii, April 25, 2007.

_____
David J. McMahon
Marc S. Mazer
Michele-Lynn E. Luke
Attorneys for Plaintiffs