# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

05/03/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 03-00423BMK |
| CASE NAME: | Thomas Lloyd-Butler v. Mary Worrall Associates |
| ATTYS FOR PLA: | David J. McMahon by phone, Mark Mazer, Michelle-Lynn E. Luke |
| ATTYS FOR DEFT: | Arthur T.W. Kuwahara |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6 no record |
| DATE: | 05/03/2007 | TIME: | 9 - 9:20 |

COURT ACTION:  EP: Rescheduling Conference held.  Jury Selection/Trial is set for 12/11/2007 before Magistrate Judge Barry M. Kurren.  Mr. Mazer to prepare a scheduling order.  The back up trial date is 2/20/2008 before Magistrate Judge Barry M. Kurren.

Submitted by Richlyn Young, Courtroom Manager