David J. McMahon        4177-0
BARGER & WOLEN LLP
650 California Street, 9th Floor
San Francisco, California 94108
Telephone: (415) 434-2800
Facsimile:  (415) 434-2533
e-mail: dmcmahon@barwol.com

James H. Hershey        3199-0
FUKUNAGA MATAYOSHI HERSHEY & CHING LLP
841 Bishop Street, Suite 1200
Honolulu, Hawaii 96813
Telephone: (808) 533-4300
Facsimile:  (808) 531-7585
e-mail: jhh@fmhc-law.com

Attorneys for Plaintiff Thomas Lloyd-Butler

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| THOMAS LLOYD-BUTLER,<br><br>Plaintiff,<br><br>vs.<br><br>MARY WORRALL ASSOCIATES, INC., a Hawaii Corporation and MARY WORRALL, individually,<br><br>Defendants. | CASE NO. 1:03-cv-0423<br><br>**NOTICE OF WITHDRAWAL OF CO-COUNSEL** |

By and through the attorneys identified below, and their client, Plaintiff Thomas Lloyd-Butler, states that James H. Hershey wishes to withdraw as counsel of record from the above-referenced action in accordance with Mr. Lloyd-Butler's wishes.

David J. McMahon will remain as counsel for Plaintiff Thomas Lloyd-Butler in accordance with Mr. Lloyd-Butler's wishes.

**IT IS SO STIPULATED.**

Dated: May 3, 2007

BARGER & WOLEN LLP

By: *[signature]*
DAVID J. MCMAHON
KEVIN K. HO
Attorneys for Plaintiff
THOMAS LLOYD-BUTLER

Dated: May 4, 2007

FUKUNAGA, MATAYOSHI HERSHEY & CHING LLP

By: *[signature]*
JAMES H. HERSHEY
Attorney for Plaintiff
THOMAS LLOYD-BUTLER

## DECLARATION OF SERVICE

I, the undersigned, under penalty of perjury declare and say: I am over the age of 18 years and not a party to this action or proceeding. My business address is 650 California Street, 9th Floor, San Francisco, California 94108. On this date, I caused the following document(s) to be served:

**PLAINTIFF THOMAS LLOYD-BUTLER'S NOTICE OF WITHDRAWAL OF CO-COUNSEL**

To the addressee(s) shown below:

    1.   SEE ATTACHED SERVICE LIST

[X] MAIL – I am readily familiar with the business practice for the collection and processing of correspondence for mailing with the United States Postal Service; that the correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business; the name and address of the person served as shown on the envelope, and the date and place of business where the correspondence was placed for deposit in the United States Postal Service; and that the envelope was sealed and placed for collection and mailing on that date following ordinary business practices.

[_] PERSONAL SERVICE – Documents delivered by hand to the addressee.

[_] FACSIMILE – By causing a copy of said document(s) to be transmitted by facsimile, pursuant to agreement between the party(ies), to the telephone/facsimile number listed adjacent to the name on this Proof of Service.

[_] BY FEDERAL EXPRESS – I caused such envelope to be delivered to Federal Express for overnight courier service to the office(s) of the addressee(s).

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed on May 4, 2007

*[signature]*

## SERVICE LIST

Thomas Lloyd-Butler and Diane Lloyd-Butler v. Mary Worrall Associates, Inc., a Hawaii Corporation and Mary Worrall, individually,

*United States District Court, District of Hawaii, Docket No. 1:03-cv-0423*

Michele-Lynn E. Luke
Suite 2700, Pauahi Tower
Bishop Square
1001 Bishop Street
Honolulu, HI 96813
Telephone: (808) 536-0802
Facsimile: (808) 536-5117
Email: michele@richardsandluke.com

Attorneys for Plaintiff Diane Lloyd-Butler

Eric T. W. Kim
Arthur H. Kuwahara
345 Queen Street, Suite 700
Honolulu, HI 96813
Telephone: (808) 536-4421
Facsimile: (808) 521-3566
Email: ahk@lkwyl.com

Attorneys for Defendant Mary Worrall Associates, Inc. and Mary Worrall

James H. Hershey
Fukunaga Matayoshi Hersey & Ching LLP
841 Bishop Street, Suite 1200
Honolulu, Hawaii 96813
Telephone: (808) 533-4300
Facsimile: (808) 531-7585
Email: jhn@fmhc-law.com

Attorneys for Plaintiff Thomas Lloyd-Butler

Marc S. Mazer
Andrew J. Weill
Benjamin, Weill & Mazer
A Professional Corporation
235 Montgomery Street, Suite 760
San Francisco, CA 94104
Telephone: (415) 421-0730
Facsimile: (415) 421-2355
Email: mazer@bwmlaw.com

Attorneys for Plaintiff Diane Lloyd-Butler

Robert F. Miller
Dillingham Transportation Building
735 Bishop Street, Suite 500
Honolulu, HI 96813
Telephone: (808) 521-3356
Facsimile: (808)
Email:

Attorneys for Defendant Mary Worrall