David J. McMahon          4177-0
BARGER & WOLEN LLP
650 California Street, 9th Floor
San Francisco, California 94108
Telephone:  (415) 434-2800
Facsimile:   (415) 434-2533
e-mail: dmcmahon@barwol.com

James H. Hershey          3199-0
FUKUNAGA MATAYOSHI HERSHEY & CHING LLP
841 Bishop Street, Suite 1200
Honolulu, Hawaii 96813
Telephone:  (808) 533-4300
Facsimile:   (808) 531-7585
e-mail: jhh@fmhc-law.com

Attorneys for Plaintiff Thomas Lloyd-Butler

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| THOMAS LLOYD-BUTLER,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MARY WORRALL ASSOCIATES, INC., a Hawaii Corporation and MARY WORRALL, individually,<br><br>　　　　Defendants. | CASE NO. 1:03-cv-0423<br><br>**PROPOSED ORDER GRANTING OF WITHDRAWAL OF CO-COUNSEL** |

The Court, having reviewed Plaintiff Thomas Lloyd-Butler's Notice of Withdrawal of Co-Counsel, as filed by and through his attorneys, GRANTS the motion of Mr. James H. Hershey to withdraw as counsel of record from the above-referenced action in accordance with Mr. Lloyd-Butler's wishes.

1

Mr. David J. McMahon will remain as counsel for Plaintiff Thomas Lloyd-Butler.

**IT IS SO ORDERED.**

Dated: _____, 2007

By: _____
Judge of the U.S. District Court

## DECLARATION OF SERVICE

I, the undersigned, under penalty of perjury declare and say: I am over the age of 18 years and not a party to this action or proceeding. My business address is 650 California Street, 9th Floor, San Francisco, California 94108. On this date, I caused the following document(s) to be served:

**PROPOSED ORDER GRANTING WITHDRAWAL OF CO-COUNSEL**

To the addressee(s) shown below:

    1.   SEE ATTACHED SERVICE LIST

[X] MAIL – I am readily familiar with the business practice for the collection and processing of correspondence for mailing with the United States Postal Service; that the correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business; the name and address of the person served as shown on the envelope, and the date and place of business where the correspondence was placed for deposit in the United States Postal Service; and that the envelope was sealed and placed for collection and mailing on that date following ordinary business practices.

[_] PERSONAL SERVICE – Documents delivered by hand to the addressee.

[_] FACSIMILE – By causing a copy of said document(s) to be transmitted by facsimile, pursuant to agreement between the party(ies), to the telephone/facsimile number listed adjacent to the name on this Proof of Service.

[_] BY FEDERAL EXPRESS – I caused such envelope to be delivered to Federal Express for overnight courier service to the office(s) of the addressee(s).

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed on May 4, 2007

# SERVICE LIST

Thomas Lloyd-Butler and Diane Lloyd-Butler v. Mary Worrall Associates, Inc., a Hawaii Corporation and Mary Worrall, individually,

*United States District Court, District of Hawaii, Docket No. 1:03-cv-0423*

| | |
|---|---|
| Michele-Lynn E. Luke<br>Suite 2700, Pauahi Tower<br>Bishop Square<br>1001 Bishop Street<br>Honolulu, HI 96813<br>Telephone: (808) 536-0802<br>Facsimile: (808) 536-5117<br>Email: michele@richardsandluke.com<br><br>Attorneys for Plaintiff Diane Lloyd-Butler | Marc S. Mazer<br>Andrew J. Weill<br>Benjamin, Weill & Mazer<br>A Professional Corporation<br>235 Montgomery Street, Suite 760<br>San Francisco, CA 94104<br>Telephone: (415) 421-0730<br>Facsimile: (415) 421-2355<br>Email: mazer@bwmlaw.com<br><br>Attorneys for Plaintiff Diane Lloyd-Butler |
| Eric T. W. Kim<br>Arthur H. Kuwahara<br>345 Queen Street, Suite 700<br>Honolulu, HI 96813<br>Telephone: (808) 536-4421<br>Facsimile: (808) 521-3566<br>Email: ahk@lkwyl.com<br><br>Attorneys for Defendant Mary Worrall Associates, Inc. and Mary Worrall | Robert F. Miller<br>Dillingham Transportation Building<br>735 Bishop Street, Suite 500<br>Honolulu, HI 96813<br>Telephone: (808) 521-3356<br>Facsimile: (808)<br>Email:<br><br>Attorneys for Defendant Mary Worrall |
| James H. Hershey<br>Fukunaga Matayoshi Hersey & Ching LLP<br>841 Bishop Street, Suite 1200<br>Honolulu, Hawaii 96813<br>Telephone: (808) 533-4300<br>Facsimile: (808) 531-7585<br>Email: jhn@fmhc-law.com<br><br>Attorneys for Plaintiff Thomas Lloyd-Butler | |