David J. McMahon    4177-0
BARGER & WOLEN LLP
650 California Street, 9th Floor
San Francisco, California 94108
Telephone:    (415) 434-2800
Facsimile:    (415) 434-2533
e-mail:  dmcmahon@barwol.com

James H. Hershey    3199-0
FUKUNAGA MATAYOSHI HERSHEY & CHING LLP
841 Bishop Street, Suite 1200
Honolulu, Hawaii 96813
Telephone:    (808) 533-4300
Facsimile:    (808) 531-7585
e-mail:  jhh@fmhc-law.com

Attorneys for Plaintiff Thomas Lloyd-Butler

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| THOMAS LLOYD-BUTLER, | ) | CV. NO. 03-00423 BMK |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING OF |
| | ) | WITHDRAWAL OF CO-COUNSEL |
| vs. | ) | |
| | ) | |
| MARY WORRALL ASSOCIATES, | ) | |
| INC., a Hawaii Corporation and | ) | |
| MARY WORRALL, individually, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## ORDER GRANTING OF WITHDRAWAL OF CO-COUNSEL

The Court, having reviewed Plaintiff Thomas Lloyd-Butler's Notice of Withdrawal of Co-Counsel, as filed by and through his attorneys, GRANTS the motion of Mr. James H. Hershey to withdraw as counsel of record from the above-referenced action in accordance with Mr. Lloyd-Butler's wishes.

Mr. David J. McMahon will remain as counsel for Plaintiff Thomas Lloyd-Butler.

IT IS SO ORDERED.



/s/ Barry M. Kurren
United States Magistrate Judge
Dated: May 7, 2007

THOMAS LLOYD-BUTLER V. MARY WORRALL ASSOCIATES, INC., ET AL.; CV. NO. 03-00423 BMK; ORDER GRANTING OF WITHDRAWAL OF CO-COUNSEL