# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV 03-00423BMK |
| CASE NAME: | Thomas Lloyd-Butler v. Mary Worrall Associates, Inc. |
| ATTYS FOR PLA: | Mark Mazer, Michelle-Lynn E. Luke |
| ATTYS FOR DEFT: | Arthur T.W. Kuwahara, Robert F. Miller |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | Chambers |
| DATE: | 10/3/2007 | TIME: | 9 - 1:15 |

COURT ACTION:  EP: Settlement Conference held.  No settlement at this time.  Further conference on call.

Submitted by Richlyn W. Young, courtroom manager