# MINUTES

CASE NUMBER:    CV 03-00423BMK

CASE NAME:    Thomas Lloyd-Butler, et al. V. Mary Worral Associates, Inc., et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:    Barry M. Kurren          REPORTER:

DATE:    10/25/2007                TIME:

COURT ACTION:  EO: New dates given.  Court to prepare an amended scheduling order.

1.   Jury trial on May 20, 2008 at 9:00 a.m. before BMK
2.   Final Pretrial Conference on April 10, 2008 at 9:00 a.m. before BMK
3.
4.   Final Pretrial Statement by April 3, 2008
5.
6.
7.
8a.  File Motions in Limine by April 29, 2008
8b.  File opposition memo to a Motion in Limine by May 6, 2008
11a.
11b.
12.
13.  Settlement Conference set for February 28, 2008 at 1:30 p.m. before BMK
14.  Settlement Conference statements by February 21, 2008
20.  Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and Jury Instructions by May 6, 2008
21.  File Final witness list by April 29, 2008
24.  Exchange Exhibit and Demonstrative aids by April 22, 2008
25.  Stipulations re: Authenticity/Admissibility of Proposed Exhibits by April 29, 2008
26.  File objections to the Exhibits by May 6, 2008
28a. File Deposition Excerpt Designations by April 29, 2008
28b. File Deposition Counter Designations and Objections by May 6, 2008

29. File Trial Brief by May 6, 2008
30.

cc: Tammy Kimura
Submitted by Richlyn W. Young, courtroom manager

CV 03-00423BMK;
Thomas Lloyd-Butler, et al. V. Mary Worral Associates, Inc., et al.;
Rule 16 Scheduling Conference Minutes
10/25/2007