UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
300 ALA MOANA BLVD., C-338
HONOLULU, HAWAII 96850 • 0338

CLERK

OFFICIAL BUSINESS

Robert F. Miller
Dillingham Transportation Bldg
735 Bishop St PH 500
Honolulu, HI 96813

RECEIVED
CLERK U.S. DISTRICT COURT
OCT 30 2007
11:10 am g
DISTRICT OF HAWAII

NIXIE         960 DE 1        00 10/29/07
              RETURN TO SENDER
              NOT DELIVERABLE AS ADDRESSED
              UNABLE TO FORWARD
BC: 96850497199        *0372-01329-26-43

CV03-423BMK

PRESORTED
FIRST CLASS



02 1M
0004243039
MAILED FROM ZIPCODE 96817
UNITED STATES POSTAGE
$00.86⁹
OCT 26 2007
PITNEY BOWES

Robert F. Miller
Dillingham Transportation Bldg
735 Bishop St PH 500
Honolulu, HI 96813

CV 03-423 BMK

**Other Orders/Judgments**
1:03-cv-00423-BMK Lloyd-Butler, et al v. Mary Worrall Associa, et al

## U.S. District Court

### District of Hawaii - CM/ECF V3.04 (3/07)

**Notice of Electronic Filing**

The following transaction was entered on 10/26/2007 at 7:20 AM HST and filed on 10/26/2007
**Case Name:**        Lloyd-Butler, et al v. Mary Worrall Associa, et al
**Case Number:**      1:03-cv-423
**Filer:**
**Document Number:** 131

**Docket Text:**
AMENDED RULE 16 SCHEDULING ORDER. Signed by Judge BARRY M. KURREN on 10/25/07. (ecs, )

**1:03-cv-423 Notice has been electronically mailed to:**
Michele-Lynn E. Luke  michele@richardsandluke.com, hollywood@richardsandluke.com, m-luke@hawaii.rr.com
David J McMahon  dmcmahon@barwol.com

**1:03-cv-423 Notice will not be electronically mailed to:**

Eric T.W. Kim
Lee Kim Wong Yee & Lau
345 Queen St Ste 700
Honolulu, Hi 96813

Arthur H. Kuwahara
Lee Kim Wong Yee & Lau
345 Queen St Ste 700
Honolulu, Hi 96813

Marc S. Mazer
Benjamin Weill & Mazer A Profession Corporation
235 Montgomery St Ste 760
San Francisco, CA 94104

Robert F. Miller
Dillingham Transportation Bldg
735 Bishop St PH 500
Honolulu, HI 96813

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=10/26/2007] [FileNumber=375484-0
] [ba2777f209a08897022b4a7eeab65d205c091c0ab3bf3f8003726c8497e8e7470d3
cf14efecc860887f847d8ffb2e64086af2479976954871146dc8fb5404ae2]]

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| THOMAS LLOYD-BUTLER, et al., ) | CV. NO. 03-00423 BMK |
| Plaintiff, ) | |
| vs. ) | |
| MARY WORRAL ASSOCIATES, ) INC., ) | |
| Defendant. ) | |

## AMENDED RULE 16 SCHEDULING ORDER

Pursuant to Fed. R. Civ. P. 16(e) and LR 16.3, the Court enters this amended scheduling conference order to reflect the new trial date and other deadlines entered on October 25, 2007:

## TRIAL AND PRETRIAL CONFERENCE SCHEDULING:

1. **JURY** trial in this matter will commence before the Honorable Barry M. Kurren, United States Magistrate Judge on May 20, 2008, at 9:00 a.m.

2. A final pretrial conference shall be held on April 10, 2008, at 9:00 a.m. before the Honorable Barry M. Kurren, United States Magistrate Judge.

3. (RESERVED)

4. Pursuant to LR 16.6, each party herein shall serve and file a separate final pretrial statement by April 3, 2008.

## MOTIONS:

5.  (RESERVED)

6.  (RESERVED)

7.  (RESERVED)

8.  Motions in limine shall be filed by April 29, 2008.

Any opposition memorandum to a motion in limine shall be filed by May 6, 2008.

## DISCOVERY:

9.  Unless and until otherwise ordered by the Court, the parties shall follow the discovery plan agreed to by the parties herein pursuant to Fed. R. Civ. P. 26(f).

10. (RESERVED)

11. (RESERVED)

12. (RESERVED)

## SETTLEMENT:

13. A settlement conference shall be held on February 28, 2008, at 1:30 p.m. before the Honorable Barry M. Kurren, United States Magistrate Judge.

14. Each party shall deliver to the presiding Magistrate Judge a confidential settlement conference statement by February 21, 2008. The parties are directed to LR 16.5(b) for the requirements of the confidential settlement conference statement.

15. The parties shall exchange written settlement offers and meet and confer to discuss settlement before the date on which settlement conference statements are due.

## TRIAL SUBMISSIONS:

### JURY ISSUES:

16. The parties shall prepare in writing and submit to the Court any special voir dire inquiries they wish the judge to ask the jury panel.

17. The parties shall confer in advance of trial for the purpose of preparing an agreed upon special verdict form, if a special verdict form is to be requested. The agreed upon special verdict form shall be submitted to the Court. In the event of disagreement, the parties shall submit all proposed special verdict forms to the Court.

18. The parties shall confer in advance of trial for the purpose of preparing an agreed upon concise statement of the case that may be read by the trial judge to the jury during voir dire. The agreed upon concise statement of the case shall be submitted to the Court. In the event of disagreement, the parties shall submit all proposed concise statements of the case to the Court.

19. Jury instructions shall be prepared in accordance with LR 51.1 and submitted to the Court.

20. All submissions to the Court required by paragraphs 16, 17, 18 and 19 shall be made by May 6, 2008.

**WITNESSES:**

21. By April 29, 2008, each party shall serve and file a final comprehensive witness list indicating the identity of each witness that the party will call at trial and describing concisely the substance of the testimony to be given and the estimated time required for the testimony of the witness on direct examination.

22. The parties shall make arrangements to schedule the attendance of witnesses at trial so that the case can proceed with all due expedition and without any unnecessary delay.

23. The party presenting evidence at trial shall give notice to the other party the day before of the names of the witnesses who will be called to testify the next day and the order in which the witnesses will be called.

**EXHIBITS:**

24. By April 22, 2008, the parties shall premark for identification all exhibits and shall exchange or, when appropriate, make available for inspection all exhibits to be offered, other than for impeachment or rebuttal, and all demonstrative aids to be used at trial.

25. The parties shall meet and confer regarding possible stipulations to the authenticity and admissibility of proposed exhibits by April 29, 2008.

26. By May 6, 2008, the parties shall file any objections to the admissibility of exhibits. Copies of any exhibits to which objections are made shall be attached to the objections.

27. The original set of exhibits and two copies (all in binders) and a list of all exhibits shall be submitted to the Court the Thursday before trial.

**DEPOSITIONS:**

28 a. By April 29, 2008, the parties shall serve and file statements designating excerpts from depositions (specifying the witness and page and line referred to) to be used at trial other than for impeachment or rebuttal.

   b. Statements counter-designating other portions of depositions or any objections to the use of depositions shall be served and filed by May 6, 2008.

**TRIAL BRIEFS:**

29. By May 6, 2008, each party shall serve and file a trial brief on all significant disputed issues of law, including foreseeable procedural and evidentiary issues, setting forth briefly the party's position and the supporting arguments and authorities.

30. (RESERVED)

## OTHER MATTERS:

IT IS SO ORDERED.



/s/ Barry M. Kurren
United States Magistrate Judge
Dated: October 25, 2007

THOMAS LLOYD-BUTLER, ET AL. V. MARY WORRAL ASSOCIATES, INC., ET AL.; CV. NO. 03-00423 BMK; AMENDED RULE 16 SCHEDULING ORDER.