Robert F. Miller
841 Bishop Street #2000
Honolulu, HI 96813-3908


MR. MILLER - PLEASE PROVIDE THE US DISTRICT COURTS WITH A NOTICE OF CHANGE OF ADDRESS FORM WHICH MAY BE FOUND AT www.hid.uscourts.gov


CV 03-423 BMK