KIM & KUWAHARA
Attorneys at Law
A Law Corporation

ERIC T. W. KIM  2732-0
ARTHUR H. KUWAHARA  5461-0
345 Queen Street, Suite 700
Honolulu, HI  96813
Telephone:  (808) 536-4421
Facsimile:  (808) 521-3566
E-Mail:   ahk@lkwyl.com

Attorneys for Defendants
MARY WORRALL ASSOCIATES, INC.
and MARY WORRALL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| THOMAS LLOYD-BUTLER and DIANE LLOYD-BUTLER,<br><br>Plaintiff,<br><br>vs.<br><br>MARY WORRALL ASSOCIATES, INC., a Hawaii Corporation and MARY WORRALL, individually,<br><br>Defendants. | CIVIL NO. CV 03 00423 BMK<br><br>STIPULATION FOR DISMISSAL OF ALL CLAIMS AND PARTIES WITH PREJUDICE; CERTIFICATE OF SERVICE<br><br><br><br><br><br>TRIAL: May 19, 2008 |

51-671

## STIPULATION FOR DISMISSAL OF
## ALL CLAIMS AND PARTIES WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and among the parties hereto, through their respective counsel, that that the First Amended

Complaint filed herein on December 16, 2003, and any and all other remaining claims, counterclaims and/or cross-claims filed herein, are hereby dismissed with prejudice, with each party agreeing to bear their own costs and attorney's fees.

This Stipulation for Dismissal is based upon Rules 41(a)(1)(ii) and 41(c) of the Federal Rules of Civil Procedure and has been signed by counsel for all parties who have made an appearance in this action. No other claims and/or parties remain in this action. Trial was set for May 19, 2008.

DATED: Honolulu, Hawaii, _____MAR 6 2008_____, 2008.

_____
ERIC T. W. KIM
ARTHUR H. KUWAHARA
Attorneys for Defendants
MARY WORRALL ASSOCIATES, INC.
and MARY WORRALL

DATED: Honolulu, Hawaii, _____MAR 5 2008_____, 2008.

_____
ROBERT F. MILLER
Attorney for Defendant
MARY WORRALL

DATED: San Francisco, California, _February 22nd_, 2008.

_____
DAVID J. McMAHON
Attorney for Plaintiff
THOMAS LLOYD-BUTLER

2

DATED: Honolulu, Hawaii, _____2-28_____, 2008.

_____
MICHELE-LYNN E. LUKE
Attorney for Plaintiff
DIANE LLOYD-BUTLER

DATED: San Francisco, California, _____2-25-_____, 2008.

_____
MARC S. MAZER
Attorney for Plaintiff
DIANE LLOYD-BUTLER

APPROVED AND SO ORDERED:

_____
UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE

---

*Lloyd-Butler, et al. v. Mary Worrall Associates, Inc., et al.*, Civil No. CV 03 00423 BMK, U.S. District Court for the District of Hawaii – Stipulation for Dismissal of All Claims and Parties With Prejudice

3

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| THOMAS LLOYD-BUTLER and DIANE LLOYD-BUTLER,<br><br>Plaintiffs,<br><br>vs.<br><br>MARY WORRALL ASSOCIATES, INC., a Hawaii Corporation and MARY WORRALL, individually,<br><br>Defendants. | CIVIL NO. CV 03 00423 BMK<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the date indicated below, a copy of the foregoing document was duly served as indicated below by hand-delivery or by depositing the same in the U.S. Mail, first class postage prepaid, upon the following persons at their last known address, as follows:

DAVID J. McMAHON, ESQ.  [U.S. MAIL]
Barger & Wolen LLP
650 California Street, 9th Floor
San Francisco, California 94108

JAMES H. HERSHEY, ESQ.  [U.S. MAIL]
841 Bishop Street, Suite 1200
Honolulu, Hawaii 96813
    Attorneys for Plaintiff
    THOMAS LLOYD-BUTLER

| | |
|---|---|
| MICHELE-LYNN E. LUKE, ESQ.<br>Central Pacific Plaza, 19th Floor<br>220 South King Street<br>Honolulu, Hawaii 96813 | [U.S. MAIL] |
| MARC S. MAZER, ESQ.<br>Benjamin, Weil & Mazer<br>235 Montgomery Street<br>Suite 760<br>San Francisco, California 94104<br>    Attorneys for Plaintiff<br>    DIANE LLOYD-BUTLER | [U.S. MAIL] |
| ROBERT F. MILLER, ESQ.<br>Davies Pacific Center, Suite 2000<br>841 Bishop Street<br>Honolulu, HI 96813<br>    Attorney for Defendant<br>    MARY WORRALL | [U.S. MAIL] |

DATED: Honolulu, Hawaii, __MAR 6 2008__, 2008.

_____
ERIC T. W. KIM
ARTHUR H. KUWAHARA
Attorneys for Defendants
MARY WORRALL ASSOCIATES, INC.
and MARY WORRALL

2